IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SYNTHES, INC., et al.          :          CIVIL ACTION
                               :
          v.                   :
                               :
TY GORDON                      :
                               :          NO. 17-3385

ORDER

AND NOW, this 16th day of October, 2017, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Ty Gordon to dismiss plaintiffs' amended complaint or, in the alternative, to transfer based on improper venue (Doc. # 17) is DENIED.

                    BY THE COURT:


                    /s/ Harvey Bartle III
                                             J.